```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ASSET CO IM REST, LLC et al.,                                          :
                                                                       :
                              Plaintiffs,                              :
                                                                       :        23 Civ. 9691 (JPC)
              -v-                                                      :
                                                                       :        ORDER
GERALD "JERRY" KATZOFF et al.,                                         :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        The Court will hold a hearing to address Plaintiffs' motion for a preliminary injunction, Dkt. 23, on December 5, 2023 at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Plaintiffs shall serve the Summons, Complaint, and preliminary injunction motion papers on Defendants by November 8, 2023.  Defendants shall file an opposition to Plaintiffs' motion by November 22, 2023.  Plaintiffs may file a reply by November 29, 2023.

        SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                                                                                          JOHN P. CRONAN
                                                                               United States District Judge