# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

DONALD REINHARD
DIRECT DIAL: (212) 506-1787
DIRECT FAX: (212) 500-3554
DReinhard@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

In lieu of sealing, the Clerk of Court is directed to strike Docket Number 1-17 from the docket.  Plaintiffs shall file a redacted version of the document pursuant to Federal Rule of Civil Procedure 5.2.  The Clerk of Court is respectfully directed to close Docket Number 29.

SO ORDERED.
Date: November 7, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

November 6, 2023

**VIA ECF**

The Honorable John P. Cronan
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re: *Asset Co IM Rest, LLC et al v. Katzoff et al*,
           <u>Case No. 1:23-cv-09691-JPC</u>

Dear Judge Cronan:

      I write on behalf of Plaintiffs Asset Co IM Rest, LLC, Il Mulino Joint Ventures, LLC, and Receivables IM Rest, LLC (together, "Plaintiffs") in the above-captioned matter.

      On November 2, 2023, Plaintiffs filed a Complaint that included several exhibits, including one—Exhibit 17, filed at ECF No. 1-17 ("Exhibit 17")—that Plaintiffs intended to file, pursuant to Fed. R. Civ. P. 5.2 and SDNY ECF Rule 21.3, with redactions to all but the last four digits of a financial account number contained in Exhibit 17.  However, after Exhibit 17 was filed on ECF, I observed that it inadvertently did not contain the redaction.

      Pursuant to Rule 21.7(a) of the Court's Electronic Case Filing Rules & Instructions, I contacted the ECF Help Desk and made an emergency sealing request and, thereafter, ECF Help Desk sealed Exhibit 17 (ECF No. 1-17).

      Pursuant to SDNY ECF Rule 21.7(b), I respectfully request that the Court formally seal Exhibit 17 (ECF No. 1-17).  In accordance with Rule 21.7(c), thereafter, Plaintiffs' counsel will re-file a redacted version of Exhibit 17 on ECF.

KASOWITZ BENSON TORRES LLP

The Honorable John P. Cronan
November 6, 2023
Page 2

                                Respectfully submitted,

                                */s/* Donald J. Reinhard
                                Donald J. Reinhard
                                KASOWITZ BENSON TORRES LLP
                                DReinhard@kasowitz.com
                                1633 Broadway
                                New York, NY 10019
                                Telephone:  (212) 506-1700

                                *Attorneys for Plaintiffs Asset Co IM Rest, LLC,*
                                *Il Mulino Joint Ventures, LLC and*
                                *Receivables IM, LLC*