```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ASSET CO IM REST, LLC et al.,                                          :
                                                                       :
                                Plaintiffs,                            :
                                                                       :         23 Civ. 9691 (JPC)
         -v-                                                           :
                                                                       :         ORDER
GERALD "JERRY" KATZOFF et al.,                                         :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The declarations of Defendant Gerald Katzoff, Dkt. 51-1, and Brent M. Davis, Dkt. 51-2, submitted in opposition to Plaintiffs' motion for a preliminary injunction, do not conform to 28 U.S.C. § 1746. Each document provides that the declarant declares "pursuant to 28 U.S.C. § 1746." Dkts. 51-1 (capitalization removed), 51-2 (same). The Second Circuit has held, however, "that 28 U.S.C. § 1746 requires that a certification of the truth of a matter be expressly made under penalty of perjury." *In re World Trade Ctr. Disaster Site Litig.*, 722 F.3d 483, 488 (2d Cir. 2013). Neither of the declarations contains such language.

Defendants are accordingly ordered to refile these declarations to conform with Section 1746 by December 27, 2023.

SO ORDERED.

Dated: December 24, 2023
       New York, New York

                                                                              _____
                                                                              JOHN P. CRONAN
                                                                              United States District Judge