```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ASSET CO IM REST, LLC et al.,                                          :
                                                                       :
                                Plaintiffs,                            :
                                                                       :      23 Civ. 9691 (JPC)
                -v-                                                    :
                                                                       :      ORDER
GERALD "JERRY" KATZOFF et al.,                                         :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' submissions regarding the preliminary injunctive order and bond pursuant to Federal Rule of Civil Procedure 65(c). Defendants are ordered to file a letter further "establish[ing] a rational basis for the amount of the proposed bond" by 12:00 p.m. on February 1, 2024. *Ferguson v. Ruane Cuniff & Goldfarb Inc.*, No. 17 Civ. 6685 (ALC), 2021 WL 5507028, at *1 (S.D.N.Y. Nov. 24, 2021) (internal quotation marks omitted). The Court will promptly issue the preliminary injunctive order thereafter.

SO ORDERED.

Dated: January 30, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge