UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                  :

ASSET CO IM REST, LLC et al,

                                                                  :

            Plaintiffs,

                                                                    :       <u>ORDER</u>

        -v.-

                                                                  :       23 Civ. 09691 (JPC) (GWG)

GERALD JERRY KATZOFF et al,

                                                                 :

            Defendants.      :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Before the Court are the parties' letters related to two discovery disputes. <u>See</u> Letter, filed May 15, 2024 (Docket # 116); Letter, filed May 17, 2024 (Docket # 117).

      With regard to the issue of document production, there has been enough activity since the original meet and confer (including a promise by defendants to correct any "format issues"), that the Court believes it would be more efficient for the parties try to resolve this issue without Court intervention. Accordingly, the application on this point is denied without prejudice to a new application compliant with paragraph 2.A of the Court's Individual Practices in the event the parties cannot resolve the dispute themselves.

      As to the inspection issue, plaintiffs have leave to file a reply letter responding to defendants' arguments on or before Wednesday, May 22, 2024.

      SO ORDERED.

      Dated: New York, New York
              February 22, 2024

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge