UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ASSET CO IM REST, LLC et al.,                  :

        Plaintiffs,              :       ORDER

  -v.-                                          :
                                                        23 Civ. 9691 (JPC) (GWG)
GERALD JERRY KATZOFF et al.,                   :

        Defendants.              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court notes that per Docket # 141, the defendants' answer to the Complaint was due April 9, 2025. The Court <u>sua sponte</u> extends that deadline to April 14, 2025.

      SO ORDERED.

Dated:  April 10, 2025
         New York, New York

                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge