UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

ASSET CO IM REST, LLC, *et al.*,          :

               Plaintiffs,     :

                 :           23 Civ. 9691 (JPC)

      -v-            :

                 :           ORDER

GERALD "JERRY" KATZOFF, *et al.*,    :

             Defendants.   :

                 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Court is in receipt of the parties' pre-motion letters with respect to their anticipated motion and cross-motion for summary judgment. Dkts. 187, 188. The parties shall appear for a teleconference on March 11, 2026, at 3:00 p.m., to discuss their anticipated motions and to set a briefing schedule. At the scheduled time, counsel for the parties should call (855) 244-8681, access code 2302 755 2307.

    SO ORDERED.

Dated: March 4, 2026
      New York, New York                       JOHN P. CRONAN
                                       United States District Judge