UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
              :

ASSET CO IM REST, LLC, *et al.*,        :

              :

        Plaintiffs,       :

              :        23 Civ. 9691 (JPC)

     -v-            :

              :        <u>ORDER</u>

GERALD "JERRY" KATZOFF, *et al.*,   :

              :

        Defendants.    :

              :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Earlier today, the Court held a conference concerning Plaintiffs' anticipated motion for summary judgment on all claims and Defendants' anticipated cross-motion for summary judgment on the Third, Fourth, and Fifth Causes of Action. *See* Dkts. 187, 188. Plaintiffs' motion papers are due April 28, 2026; Defendants' opposition to Plaintiffs' motion and Defendants' cross-motion papers are due June 1, 2026; Plaintiffs' reply in support of their motion and opposition to Defendants' cross-motion are due June 26, 2026; and Defendants' reply in support of their cross-motion is due July 13, 2026. Defendants shalls file a single brief in opposition to Plaintiffs' motion and in support of their own cross-motion, and Plaintiffs shall file a single brief in further support of their motion and in opposition to Defendants' cross-motion. The parties also shall confer and propose a page or word extension for their briefs.

In addition, as discussed at today's conference, the Court denies Plaintiffs' motion to dismiss Defendants' counterclaims, Dkt. 160, without prejudice. The arguments advanced by Plaintiffs for dismissing Defendants' counterclaims may be made in Plaintiffs' summary judgment motion.

The Clerk of Court is respectfully directed to close Docket Numbers 160 and 187.

SO ORDERED.

Dated: March 11, 2026
      New York, New York

                                 JOHN P. CRONAN
                         United States District Judge

2